# United States Bankruptcy Court
### Southern District of Mississippi

In re  **Sandra Ann Braswell**                                  Case No.  **24-50900**
                          Debtor(s)                              Chapter   **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **April 28, 2025**            **/s/ Sandra Ann Braswell**
                                     **Sandra Ann Braswell**
                                     Signature of Debtor

```
SANDRA ANN BRASWELL          FIRST BANK
27 BRASWELL LN               P.O. BOX 808
JAYESS, MS 39641             MCCOMB, MS 39649



THOMAS C. ROLLINS, JR.       FRANKLIN SERVICE, INC.
THE ROLLINS LAW FIRM, PLLC   2978 WEST JACKSON ST
P.O. BOX 13767               PO BOX 3910
JACKSON, MS 39236            TUPELO, MS 38801



BRIDGECREST ACCEPTANCE       GTR RENTALS
7300 E HAMPTON AVE           P.O. BOX 141
SUITE 100                    ARTESIA, MS 39736
MESA, AZ 85209



BROOKHAVEN ENT               LANE REGIONAL MEDICAL
201 S RAILROAD               P.O. BOX 653060
BROOKHAVEN, MS 39601         DALLAS, TX 75265-3060



CREDIT BUREAU SYSTEMS        MS FARM BUREAU ***
ATTN: BANKRUPTCY             430 MARION AVE
25 JEFFERSON ST              MCCOMB, MS 39648
STE 200A
CLARKSVILLE, TN 37040

DEATON & BERRY LAW FIR       TOWER LOAN
P.O. BOX 320099              ATTN: BANKRUPTCY
FLOWOOD, MS 39232            PO BOX 320001
                             FLOWOOD, MS 39232



DIVERSIFIED PROFESSION       VERIZON WIRELESS
8946 INTERLINE AVE           ATTN: BANKRUPTCY
STE C                        500 TECHNOLOGY DR
BATON ROUGE, LA 70809-1913   STE 599
                             WELDON SPRINGS, MO 63304


EAST BATON ROUGE EMERG
P.O. BOX 649314
DALLAS, TX 75264-3140



EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016
```